**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DAVID B. KETROSER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. KETROSER, <br><br> Plaintiff, <br><br> vs. <br><br> REGENCY CENTERS, L.P. et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 19-cv-02633-TSH

**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE**

    Plaintiff DAVID B. KETROSER ("Plaintiff") and Defendants CHIPTOLE MEXICAN GRILL, INC., REGENCY CENTERS, L.P, GOLDEN GATE BELL, LLC (collectively, "Defendants") hereby stipulate and respectfully request, pursuant to FRCP 41(a)(2), that this action be dismissed in its entirety with prejudice with each side bearing his/their own attorneys' fees, litigation expenses, and costs. The parties further stipulate and request that the Court retain jurisdiction over the terms this agreement in accordance with the provisions of General Order No. 56.

Respectfully submitted,

Dated: April 6, 2020

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for Plaintiff
DAVID KETROSER

Dated: April 6, 2020

*/s/ Michele Patroni*
Michelle Patroni, Attorney for Defendant
CHIPTOLE MEXICAN GRILL, INC.

Dated: April 6, 2020

*/s/ Jennifer Walt*
Jennifer Walt, Attorney for Defendant
GOLDEN GATE BELL, LLC

Dated: April 6, 2020

*/s/ Celia Guzman*
Celia Guzman, Attorney for Defendant
REGENCY CENTERS, L.P.

### Filer's Attestation

I attest that I received concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

# [PROPOSED] ORDER

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing his/their own attorneys' fees, costs, and litigation expenses. The Court retain jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Dated:    April 7, 2020

United States Magistrate Judge
THOMAS S. HIXSON